UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-10021 MRW | Date | March 11, 2022 |
| Title | Rothschild Patent Imaging v. LINE Euro-Americas Corp. | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   **ORDER DISMISSING CASE**

   Plaintiff filed a notice voluntarily dismissing this case. (Docket 8). This action is dismissed without prejudice.

Initials of Preparer   vp